1  JOSEPH P. RUSSONIELLO (CSBN 44332)
   United States Attorney

2  JOANN M. SWANSON (CSBN 88143)
3  Chief, Civil Division

4  STEPHEN L. JOHNSON (CSBN 145771)
   Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102-3495
   Telephone: (415) 436-7161
   FAX: (415) 436-7169
   stephen.johnson1@usdoj.gov

   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 03-40179 DLJ |
|---|---|---|
| Plaintiff, | ) | **STIPULATION REGARDING BALANCE HELD IN CLERK'S REGISTRY** |
| v. | ) | |
| ERICKA BROWN, | ) | **ORDER APPROVING STIPULATION** |
| Defendant. | ) | |

This stipulation is between defendant Ericka Brown ("defendant"), and the United States of America, by and through their respective counsel, with reference to the following facts:

**RECITALS**

A.   Defendant was convicted of Bank Larceny on January 5, 2007, and ordered to serve 3 years of probation.  She was also ordered to pay an assessment of $25.00 and restitution of $8,500.

B.   On December 1, 2004, prior to her sentencing, the District Court ordered defendant to begin making restitution payments to the Clerk of the Court, and ordered the Clerk of the Court to hold those payments pending entry of judgment or a further order.

C.   To date, approximately $90 has been deposited.  The Clerk of the Court has

STIPULATION& ORDER
CR 03-40179

1  requested that the parties supply him with instructions on what to do with the $90 plus interest
2  that has accrued on the money defendant deposited prior to sentencing.

### STIPULATION

The Clerk of the Court should apply any money deposited by the defendant and any interest earned on that money to the defendant's criminal monetary penalties, as provided by statute.

**SO STIPULATED.**

                                                    BARRY J. PORTMAN
                                                    Federal Public Defender

Dated: 2/8/2010              /s/ Angela Hansen
_____            _____
                                                      ANGELA HANSEN
                                                    Assistant Federal Public Defender

                                                    JOSEPH P. RUSSONIELLO
                                                    United States Attorney

Dated: 2/8/2010       By:   /s/ Stephen L. Johnson
_____            _____
                                                    STEPHEN L. JOHNSON
                                                    Assistant United States Attorney

### ORDER APPROVING STIPULATION

IT IS SO ORDERED.

February 9, 2010

_____
D. LOWELL JENSEN
UNITED STATES DISTRICT JUDGE

STIPULATION& ORDER
CR 03-40179                        -2-